IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-344 |
| | § | |
| ISAAC SILVA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 18). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 15, 2011 |
| Responses are to be filed by: | August 1, 2011 |
| Pretrial conference is reset to**:** | **August 8, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 15, 2011 at 9:00 a.m.** |

SIGNED on June 9, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge